# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr304-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| v. ) | **CONFIRMING FORFEITURE** |
| ) | |
| KEVIN THOMAS STEPHENS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on the government's Motion for Final Order and Judgment Confirming Forfeiture. On April 15, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One and Two in the Bill of Information and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On April 16, 2013 through March 15, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from April 16, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

## ORDER

**IT IS, THEREFORE, ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Lincoln 2006 Mark LT truck, VIN 5LTPW16586FJ24820**

Signed: August 1, 2013

Max O. Cogburn Jr.
United States District Judge