

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

| | |
|---|---|
| **To:** | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| **From:** | Valerie Debnam<br>U.S. Probation Officer |
| **Subject:** | **Kevin Thomas Stephens**<br>Case Number: 0419 3:12CR00304- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 10/12/2018 |

---

Mr. Stephens appeared before Your Honor on October 1, 2013, for Conspiracy to Possess with Intent to Distribute Cocaine and Possession of a Firearm During and in Relation to a Drug Trafficking Crime. Mr. Stephens was sentenced to six (6) months on count 1, and sixty (60) months imprisonment on count 2, to run consecutive, for a total of sixty-six (66) months followed by four (4) years supervised release on each of counts 1 and 2, to run concurrently. Supervised release began on June 21, 2017, in the Western District of North Carolina.

Mr. Stephens has submitted a request to travel to Cancun Mexico, for the purpose of vacationing with his girlfriend. Mr. Stephens will leave on November 7, 2018 and return on November 14, 2018. He will be staying the Hard Road Hotel Rivera Maya, at 72 Carretera Cancun-Tulum Puerto Aventuras Mexico.

Mr. Stephens has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Stephens be allowed to travel to Cancun Mexico as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: October 12, 2018

Max O. Cogburn Jr.
United States District Judge